# Court of Appeals
# of the State of Georgia

ATLANTA,  October 17, 2014

*The Court of Appeals hereby passes the following order:*

**A15A0276.  SEAN PRATHER v. THE STATE.**

In 2001, Sean Prather was convicted of several offenses, including voluntary manslaughter, and we affirmed the majority of his convictions on appeal. See *Prather v. State*, 259 Ga. App. 441 (576 SE2d 904) (2003). In 2014, Prather filed an extraordinary motion for new trial, which the trial court denied.  Prather filed a direct appeal from this ruling. However, an order denying an extraordinary motion for new trial may only be appealed by discretionary application.  See OCGA § 5-6-35 (a) (7); *Balkcom v. State*, 227 Ga. App. 327, 329 (489 SE2d 129) (1997).  Because Prather did not follow the requisite appellate procedure, we lack jurisdiction to consider this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 10/17/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*